**Opinion issued July 23, 2013**



In The

# Court of Appeals

For The

## First District of Texas

————————————

**NO. 01-13-00445-CV**

————————————

**IN RE CYNTHIA FORMER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Cynthia Former, filed a petition for writ of mandamus, seeking relief from the trial court's order disqualifying her attorney, Sam K. Mukerji, from representing her in the underlying case.[1]

We **deny** the petition for writ of mandamus. We further **order** that the stay entered by this Court on May 30, 2013 be lifted.

---

[1] The underlying case is *Houston Durga Bari Society v. Cynthia Former*, cause number 2013-14667, pending in the 151st District Court of Harris County, Texas, the Hon. Michael Engelhart presiding.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.